**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| **SHOKHRUKH BAKHRIDDIN UGLI TOSHMANOV** | **CASE NO. 1:26-CV-01716 SEC P** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **BRIAN ACUNA ET AL** | **MAGISTRATE JUDGE LEBLANC** |

# JUDGMENT

Considering the Voluntary Motion to Dismiss [Doc. No. 7] filed by Petitioner, Shokhrukh Bakhriddin Ugli Toshmanov ("Petitioner"),

**IT IS ORDERED**, **ADJUDGED**, **AND DECREED** that the Motion is **GRANTED**, and Petitioner's Petition for Writ of Habeas Corpus [Doc. No. 1] is **DISMISSED WITHOUT PREJUDICE**.

MONROE, LOUISIANA, this 2nd day of September 2026.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE